UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

THEDORE NILES ARITA (#422864)

VERSUS

MAJ. JAMES TILLMAN, ET AL

CIVIL ACTION

NO. 10-425-RET

**RULING**

The court has carefully considered the petition, the record, the law applicable to this action, and the Report and Recommendation of United States Magistrate Judge Christine Noland dated July 2, 2006. Plaintiff has filed an objection which the court has considered.

The court hereby approves the report and recommendation of the magistrate judge and adopts it as the court's opinion herein.

Accordingly, the plaintiff's action will be dismissed as frivolous within the meaning of 28 U.S.C. §§ 1915(e) and 1915A.

Baton Rouge, Louisiana, September 28, 2010.

RALPH E. TYSON, CHIEF JUDGE
MIDDLE DISTRICT OF LOUISIANA