UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

THEDORE NILES ARITA (#422864)

VERSUS

MAJ. JAMES TILLMAN, ET AL

CIVIL ACTION

NO. 10-425-RET

## JUDGMENT

For the written reasons assigned and filed herein:

IT IS ORDERED ADJUDGED AND DECREED that the plaintiff's action is dismissed as frivolous within the meaning of 28 U.S.C. §§ 1915(e) and 1915A.

All other pending motions in this action are hereby dismissed, as moot.

Baton Rouge, Louisiana, September  28  , 2010.

RALPH E. TYSON, CHIEF JUDGE
MIDDLE DISTRICT OF LOUISIANA